BERYL MITCHELL, Respondent, *v.* CHARLES REICHMAN et al., Doing Business under the Firm Name of REICHMAN & FAUST, Defendants, and PARAGON LABORATORIES, INC., et al., Appellants.

JAMES MITCHELL, Respondent, *v.* CHARLES REICHMAN et al., Doing Business under the Firm Name of REICHMAN & FAUST, Defendants, and PARAGON LABORATORIES, INC., et al., Appellants.

(Argued December 5, 1934; decided December 31, 1934.)

*P. Sidney Hand* for appellants.

*Charles J. Engel* and *Joseph B. Murphy* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.